IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00042-D

UNITED STATES OF AMERICA :
:
v. :
:
TORIANS ADARYLL HUGHES :

## **ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on July 30, 2020, the defendant's guilty plea to an offense in violation of 18 U.S.C. § 1028(a)(2), and all other evidence of record, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 982(a)(2)(B), to wit, $47,390.33, which represents proceeds that the defendant personally obtained directly or indirectly as a result of unlawful activity, and for which the United States may forfeit substitute assets pursuant to 21 U.S.C. § 853(p);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based on the Memorandum of Plea Agreement, and all other evidence of record, and pursuant to 18 U.S.C. § 982(a)(2)(B), the defendant shall forfeit the amount of $47,390.33 to the United States as property representing the proceeds obtained, directly or indirectly, as the result of the violation of 18 U.S.C. § 1028(a)(2);

2. That pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to substitute specific property to satisfy this Order of Forfeiture in whole or in part;

1

3. That any and all forfeited funds shall be deposited by the U.S. Department of Justice or the U.S. Department of the Treasury, as soon as located or recovered, into the U.S. Department of Justice's Assets Forfeiture Fund or the U.S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e); and

4. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED, this **4** day of **November**, 2020.

JAMES C. DEVER III
United States District Judge